**No. P66/29.**—J. C. DeJong & Co., Inc. *v.* United States, protests 321959–K, etc. (New York).

**No. P66/30.**—Elmay Importing Co., Inc., and Rohner Gehrig & Co., Inc., et al. *v.* United States, protests 60/2843, etc. (New York).

Ford, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of pole ends similar in all material respects to those the subject of *J. C. DeJong & Co., Inc.* v. *United States* (52 CCPA 26, C.A.D. 852), the claim of the plaintiffs was sustained.

Before the Second Division, April 12, 1966

**No. P66/31.**—J. M. Rodgers Co., Inc., and Harris & Sons Steel Co. et al. *v.* United States, protests 64/14463, etc. (New York).

Ford, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of steel sheet coil ends similar in all material respects to those the subject of *J. M. Rodgers Co., Inc., and Harris & Sons Steel Co.* v. *United States* (50 Cust. Ct. 164, Abstract 67304), the claim of the plaintiffs was sustained.

Before the First Division, April 13, 1966

**No. P66/32.**—Imported Merchandise Company *v.* United States, protests 63/8315–13458, 63/19283–13822, and 63/19293–13837 (Chicago).

Nichols, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rattancore paper plate holders, wheelbarrows, or napkin holders similar in all material respects to those the subject of *Imported Merchandise Company* v. *United States* (52 Cust. Ct. 313, Abstract 68437), the claim of the plaintiff was sustained.